Douglas S. Parker, Alaska Bar No. 8311168
dparker@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendant Sysco Seattle, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **MICHELE WAETJEN,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**SYSCO SEATTLE, INC.,**<br><br>　　　　Defendant. | Case No. 3:20-cv-00124-SLG |

## NOTICE OF REMOVAL

**COMES NOW,** Sysco Seattle, Inc. ("Sysco Seattle"), and hereby removes Case No. 3AN-20-05682 CI from the Superior Court for the Third Judicial District at Anchorage to the United States District Court of Alaska pursuant to 42 U.S.C. § 1331, and as grounds for its removal states as follows:

## STATEMENT OF THE CASE

1. On or around March 27, 2020, Plaintiff Michele Waetjen ("Plaintiff") filed a complaint and commenced a lawsuit in the Superior Court for the Third Judicial District at Anchorage captioned *Michele Waetjen v. Sysco Alaska, Inc.*, Case No. 3AN-20-05682 CI (the "State Court Action"). Plaintiff has twice amended the complaint in the State Court

Action, including a Second Amended Complaint changing the Defendant to Sysco Seattle, Inc. The State Court action is now captioned *Michele Waetjen v. Sysco Seattle, Inc.*, Case No. 3AN-20-05682 CI.

2. Plaintiff has not yet served a Summons and Complaint on Defendant Sysco Seattle, Inc. However, undersigned counsel for Defendant Sysco Seattle, Inc. advised Plaintiff's counsel on May 15, 2020 that he would accept service on behalf of that entity.

3. The Complaint purports to assert the following federal causes of action on behalf of Plaintiff: "retaliation for her request for a reasonable accommodation under the Americans With Disabilities Act", Second Amended Complaint, ¶13; for a violation of section 704 of Title VII, 42 USC §20003-3(a), *Id.*, ¶14, and "Claim Under the Americans with Disability Act". *Id,* ¶21 *et seq.*.

## JURISDICTION UNDER 42 U.S.C. § 1331

4. This Court has jurisdiction over Plaintiff's claim for relief because of the claims made in the Second Amended Complaint that Defendant violated the federal Americans With Disabilities Act, 42 USC §12101 *et seq.*. .

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, and orders from the State Court Action which are known to Defendant Sysco Seattle, Inc. are being filed with this Notice of Removal as **Exhibit A**. Additionally, Sysco Seattle. Inc. will serve written notice upon Plaintiff and file a Notice of Filing for the Notice of Removal with the state court as provided in 28 U.S.C. § 1446(d). A copy of the Notice of Filing of the Notice of Removal is attached hereto as **Exhibit B**.

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Notice of Removal
*Waetjen v. Sysco Seattle, Inc.*; 3:20-cv-00124-SLG
Page 2 of 4
Case 3:20-cv-00124-SLG   Document 2   Filed 06/02/20   Page 2 of 4

6. This Notice of Removal has been filed within 30 days of the date Sysco Seattle, Inc. accepted service of the Summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. §1446(b).

7. Venue is proper in this Court pursuant to 28 U.S.C. §§1441(a) and 1446(a) because the United States District Court for the District of Alaska at Anchorage is the federal judicial district embracing the Superior Court for the Third Judicial District at Anchorage, where the State Court Action was originally filed.

**WHEREFORE,** Defendant Sysco Seattle, Inc. hereby removes the above-captioned civil action to this Court as set forth herein.

Dated this 2nd day of June, 2020.

                          LITTLER MENDELSON
                          Attorneys for Defendant Sysco Seattle, Inc.

By: */s/ Douglas S. Parker*
      Douglas S. Parker
      Alaska Bar 8311168

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Notice of Removal
*Waetjen v. Sysco Seattle, Inc.*; 3:20-cv-00124-SLG
Page 3 of 4

Case 3:20-cv-00124-SLG   Document 2   Filed 06/02/20   Page 3 of 4

CERTIFICATE OF SERVICE:

I hereby certify that on the 2nd day of
June, 2020, a true and correct copy
of the foregoing document was served on:

Joe Josephson

By ☐ Hand ☐ Mail ☐ Fax
☑ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

4845-5619-5518.2 063236.1286

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Notice of Removal
*Waetjen v. Sysco Seattle, Inc.*; 3:20-cv-00124-SLG

Page 4 of 4